UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DANIEL CORDERO, et al.,

       Plaintiff(s),

-against-

NEW YORK INSTITUTE OF TECHNOLOGY,

       Defendant(s).
----------------------------------------------------------X

Index No. CV 12-3208

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                          S.S.:
COUNTY OF NEW YORK)

      DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 2nd day of July, 2012, at approximately 3:13 pm, deponent served a true copy of the Summons in a Civil Action and Complaint upon NEW YORK INSTITUTE OF TECHNOLOGY at Tower House, Northern Boulevard, Old Westbury, New York, by personally delivering and leaving the same with Rosemary Crescenzo, Assistant to Counsel, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Rosemary Crescenzo is a white female, approximately 54 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 180 pounds with brown hair and glasses.

_____
DOMINIC DELLAPORTE #1320496

Sworn to before me this
5th day of July, 2012

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014

Metro Attorney Service Inc. 305 Broadway 9th Floor New York, New York 10007 212.822.1421 NYC DCA#1320502