

**Douglas P. Catalano**
*Partner*

666 Fifth Avenue, 31st Floor • New York, New York 10103-3198
dcatalano@fulbright.com • Direct: 212 318 3360 • Main: 212 318 3000 • Facsimile: 212 318 3400

July 24, 2012

**VIA ECF**

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   <u>Cordero, et. al. v. New York Institute of Technology</u>, 12-CV-3208 (SJF)(GRB)

Dear Judge Feuerstein:

We have been recently retained as counsel to the defendant New York Institute of Technology ("NYIT") in the above-referenced action. Enclosed please find a fully executed stipulation extending the time within which NYIT shall answer, move, or otherwise respond to the complaint to and including August 22, 2012. The stipulation also contains additional language requested by plaintiff's counsel and agreed upon by the parties. No prior requests for an extension have been made.

We respectfully request that the Court grant the extension and "So Order" the stipulation.

Respectfully submitted,

*Douglas P Catalano*

Douglas P. Catalano

DPC
Enclosure

cc:   Douglas H. Wigdor, Esq. (via ECF)

50527969.1

Douglas P. Catalano
Neil G. Sparber
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
dcatalano@fulbright.com
nsparber@fulbright.com

Attorneys for Defendant New York Institute of Technology

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

DANIEL CORDERO, KELLY HYDE
and KEVIN HYDE, on behalf of themselves
and all other similarly situated individuals,

               Plaintiffs,

    vs.

NEW YORK INSTITUTE OF
TECHNOLOGY

               Defendant.

---

12-CV-3208

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time within which defendant New York Institute of Technology shall answer, move, or otherwise respond with respect to the complaint is extended to and including August 22, 2012;

IT IS FURTHER STIPULATED AND AGREED that the period of limitations, if applicable to any putative plaintiff who may opt-in to this action pursuant to Section 216(b) of the Fair Labor Standards Act, shall be tolled for the period between July 23, 2012 and the date

that defendant New York Institute of Technology answers, moves, or otherwise responds to the complaint; and

IT IS FURTHER STIPULATED AND AGREED that execution of this stipulation by facsimile will be deemed an original.

Dated: New York, New York
July 24, 2012

| THOMPSON WIGDOR LLP | FULBRIGHT & JAWORSKI L.L.P. |
|---|---|
| By: /s/ Douglas H. Wigdor | By: /s/ Douglas P. Catalano |
| Douglas H. Wigdor | Douglas P. Catalano |
| David E. Gottlieb | Neil G. Sparber |
| Tanvir H. Rahman | 666 Fifth Avenue |
| 85 Fifth Avenue | New York, New York 10103 |
| New York, NY 10003 | Telephone: (212) 318-3000 |
| Telephone: (212) 257-6800 | dcatalano@fulbright.com |
| Facsimile: (212) 257-6845 | nsparber@fulbright.com |
| dwigdor@thompsonwigdor.com | |
| dgottlieb@thompsonwigdor.com | Attorneys for Defendant |
| trahman@thompsonwigdor.com | New York Institute of Technology |
| Attorneys for Plaintiffs | |

SO ORDERED:

_____