# FULBRIGHT & Jaworski L.L.P.
*Attorneys at Law*

666 Fifth Avenue, 31st Floor • New York, New York 10103-3198
dcatalano@fulbright.com • Direct: 212 318 3360 • Main: 212 318 3000 • Facsimile: 212 318 3400

**Douglas P. Catalano**
*Partner*

August 28, 2012

**VIA ECF**

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  Cordero, et. al. v. New York Institute of Technology, 12-CV-3208 (SJF)(GRB)

Dear Judge Feuerstein:

We are counsel to the defendant New York Institute of Technology ("NYIT") in the above-referenced action. Enclosed please find a fully executed stipulation extending the time within which NYIT shall answer, move, or otherwise respond to the complaint to and including September 5, 2012. Two prior requests for an extension have been made and were granted. NYIT agrees that it will not seek any further extensions of time to respond the complaint.

We respectfully request that the Court grant the extension and "So Order" the stipulation.

Respectfully submitted,

*Douglas P. Catalano*

Douglas P. Catalano

cc:   Douglas H. Wigdor, Esq. (via ECF)

DPC
Enclosure

50532099.1

AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • PITTSBURGH-SOUTHPOINTE • RIYADH • SAN ANTONIO • ST. LOUIS • WASHINGTON DC
www.fulbright.com

Douglas P. Catalano
Neil G. Sparber
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
dcatalano@fulbright.com
nsparber@fulbright.com

Attorneys for Defendant New York Institute of Technology

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

DANIEL CORDERO, KELLY HYDE
and KEVIN HYDE, on behalf of themselves
and all other similarly situated individuals,

    Plaintiffs,

vs.

NEW YORK INSTITUTE OF
TECHNOLOGY

    Defendant.

---

12-CV-3208

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time within which defendant New York Institute of Technology shall answer, move, or otherwise respond with respect to the complaint is extended to and including September 5, 2012;

    IT IS FURTHER STIPULATED AND AGREED that the period of limitations, if applicable to any putative plaintiff who may opt-in to this action pursuant to Section 216(b) of the Fair Labor Standards Act, shall be tolled for the period between July 23, 2012 and the date

- 1 -

that defendant New York Institute of Technology answers, moves, or otherwise responds to the complaint; and

IT IS FURTHER STIPULATED AND AGREED that execution of this stipulation by facsimile will be deemed an original.

Dated: New York, New York
August 28, 2012

THOMPSON WIGDOR LLP

By: /s/ Douglas H. Wigdor
Douglas H. Wigdor
David E. Gottlieb
Tanvir H. Rahman
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@thompsonwigdor.com
dgottlieb@thompsonwigdor.com
trahman@thompsonwigdor.com

Attorneys for Plaintiffs

FULBRIGHT & JAWORSKI L.L.P.

By: /s/ Douglas P. Catalano
Douglas P. Catalano
Neil G. Sparber
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
dcatalano@fulbright.com
nsparber@fulbright.com

Attorneys for Defendant
New York Institute of Technology

SO ORDERED:

_____

- 2 -