

666 Fifth Avenue, 31st Floor • New York, New York 10103-3198
sbeltre@fulbright.com • Direct: 212 318 3451 • Main: 212 318 3000 • Facsimile: 212 318 3400

September 5, 2012

**BY EMAIL AND FEDERAL EXPRESS**

Douglas H. Wigdor, Esq.
Thompson Wigdor & Gilly LLP
85 Fifth Avenue
New York, New York 10003

Re:  Cordero, et. al. v. New York Institute of Technology, 10-CV-3208(SJF)(GRB)

Dear Mr. Wigdor:

As you are aware, we represent defendant New York Institute of Technology ("NYIT") in the above-referenced matter. I have enclosed the following documents:

1. Notice of Motion, dated September 5, 2012;

2. Affidavit of Samantha Beltre, sworn to September 4, 2012, and the exhibits annexed thereto; and

3. Defendant's Memorandum of Law in Support of Its Motion to Dismiss the Third and Fourth Causes of Action in the Complaint.

Very truly yours,

Samantha Beltre /vHB

Enclosures

cc:  Judge Sandra J. Feuerstein (via ECF without enclosure)

50534819.1

AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • PITTSBURGH-SOUTHPOINTE • RIYADH • SAN ANTONIO • ST. LOUIS • WASHINGTON DC
www.fulbright.com