```
                                                              FILED
                                                         IN CLERK'S OFFICE
                                                     U S DISTRICT COURT E D N Y

                                                      ★    SEP 12 2012    ★
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X    **LONG ISLAND OFFICE**

DANIEL CORDERO, KELLY HYDE
and KEVIN HYDE, on behalf of themselves
and all other similarly situated individuals,         Civil Action No. 12-cv-3208

                              Plaintiffs,             **STIPULATION**
           v.

NEW YORK INSTITUTE OF TECHNOLOGY,

                              Defendant.
----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all of the parties hereto, that the time for Plaintiffs to respond to Defendant's Motion to Dismiss is extended from September 19, 2012 to and including October 5, 2012.

Dated: New York, NY
       September 10, 2012

THOMPSON WIGDOR LLP                           FULBRIGHT & JAWORSKI L.L.P.

By: _____                     By: _____ 
    Douglas Wigdor                                Douglas P. Catalano
    David E. Gottlieb                             Neil G. Sparber

85 Fifth Avenue                               666 Fifth Avenue
New York, NY 10003                            New York, NY 10103
(212) 257-6800                                (212) 318-3000
dwigdor@thompsonwigdor.com                    dcatalano@fulbright.com
dgottlieb@thompsonwigdor.com                  nsparber@fulbright.com

*Attorneys for Plaintiffs*                    *Attorneys for Defendant*

SO ORDERED:
  s/ Sandra J. Feuerstein
  U.S.D.J.
  9/12/12