

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**David E. Gottlieb**
dgottlieb@thompsonwigdor.com

October 3, 2012

**VIA ECF**

Hon. Sandra J. Feurstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    <u>Cordero, et al. v. New York Institute of Technology; 12-CV-3208 (SJF)</u>

Dear Judge Feurstein:

We represent Plaintiffs in the above-referenced action and write to request an extension to oppose Defendant's Motion to Dismiss from October 5, 2012 to October 12, 2012. Defendant has consented to this application and enclosed is a stipulation between the parties. This is Plaintiffs' second request for an extension. We respectfully request that the Court grant the extension and "So Order" the stipulation. Thank you for your attention to this matter.

Respectfully submitted,

David E. Gottlieb

Enc.

cc:    Douglas Catalano, Esq. (via ECF)
        Samantha Beltre, Esq. (via ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
DANIEL CORDERO, KELLY HYDE :
and KEVIN HYDE, on behalf of themselves :
and all other similarly situated individuals, :   Civil Action No. 12-cv-3208
:
:
                         Plaintiffs,  :   **STIPULATION**
        v.                            :
:
NEW YORK INSTITUTE OF TECHNOLOGY, :
:
                         Defendant.   :
:
----------------------------------------------------------X

   IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all of the parties hereto, that the time for Plaintiffs to respond to Defendant's Motion to Dismiss is extended from October 5, 2012 to and including October 12, 2012.


Dated: New York, NY
       October 3, 2012

THOMPSON WIGDOR LLP                          FULBRIGHT & JAWORSKI L.L.P.


By: _____                    By: _____
    Douglas Wigdor                               Douglas P. Catalano
    David E. Gottlieb                            Neil G. Sparber

85 Fifth Avenue                              666 Fifth Avenue
New York, NY 10003                           New York, NY 10103
(212) 257-6800                               (212) 318-3000
dwigdor@thompsonwigdor.com                   dcatalano@fulbright.com
dgottlieb@thompsonwigdor.com                 nsparber@fulbright.com

*Attorneys for Plaintiffs*                   *Attorneys for Defendant*


SO ORDERED:


_____