

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Lucas Rappoport**
lrappoport@thompsonwigdor.com

October 11, 2012

**VIA US MAIL**

Douglas P. Catalano
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103

    Re:    <u>Cordero, et al. v. New York Institute of Technology; 12-CV-3208 (SJF)</u>

Dear Mr. Catalano:

Enclosed please find a copy of Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Dismiss, along with the accompanying Declaration of David E. Gottlieb. Should you have any questions, please do not hesitate to contact us.

Sincerely,

Lucas Rappoport
Paralegal

Enc.