Douglas P. Catalano
Neil G. Sparber
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
dcatalano@fulbright.com
nsparber@fulbright.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

DANIEL CORDERO, KELLY HYDE and KEVIN HYDE, on behalf of themselves and all other similarly situated individuals,

        Plaintiffs,

vs.

NEW YORK INSTITUTE OF TECHNOLOGY

        Defendant.

---

12-CV-3208 (SJF)(GRB)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying affidavit of Samantha Beltre, sworn to September 4, 2012, and the exhibits thereto, the accompanying memorandum of law, and upon all pleadings, papers, and proceedings filed in this case, defendant New York Institute of Technology ("NYIT") will respectfully move this Court before the Hon. Sandra J. Feuerstein at the U.S. Courthouse located at 944 Federal Plaza, Central Islip, New York, 11722 at a date and time to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the third and fourth causes of action in the complaint on the ground that they fail to state a claim upon which relief can be granted.

Dated: New York, New York
       September 5, 2012

                                FULBRIGHT & JAWORSKI L.L.P.

                                By: /s/ Douglas P. Catalano
                                Douglas P. Catalano
                                Neil G. Sparber
                                666 Fifth Avenue
                                New York, New York  10103
                                (212) 318-3000
                                dcatalano@fulbright.com
                                nsparber@fulbright.com
                                Attorneys for Defendant

To:    Douglas Wigdor, Esq.
        Thompson Wigdor LLP
        85 Fifth Avenue
        New York, NY 10003

        Attorneys for Plaintiffs