UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DANIEL CORDERO, KELLY HYDE
and KEVIN HYDE, on behalf of themselves
and all other similarly situated individuals,

                             Plaintiffs,

v.

NEW YORK INSTITUTE OF TECHNOLOGY,

                             Defendant.

------------------------------------------------------------X

Civil Action No. 12-CV-3208 (SJF)

**DECLARATION OF**
**DAVID E. GOTTLIEB**

I, David E. Gottlieb, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.     I am an attorney duly admitted to practice law in the Eastern District of New York and am associated with the law firm of Thompson Wigdor LLP, attorneys for Plaintiffs Daniel Cordero, Kelly Hyde, and Kevin Hyde in the above-captioned matter. I have personal knowledge of the facts set forth herein and submit this declaration in opposition to Defendants' motion to dismiss.

2.     A true and accurate copy of the relevant section of the New York Institute of Technology's website is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 11, 2012
       New York, New York

                                                      _/s/ David E. Gottlieb_
                                                      David E. Gottlieb

# Exhibit 1

Case 2:12-cv-03208-SJF-GRB   Document 20   Filed 10/25/12   Page 3 of 3 PageID #: 127



# About

About
History
Announcements
Directions
Executive Chef







"Our guests are still raving about the amazing food, impeccable service, and the beautiful setting of our daughter's Bat Mitzvah."

—Michael and Deborah Jones

## About

One of the premier event and wedding venues in the New York metropolitan area and voted "Best of 2010" by Liweddings.com, the NYIT de Seversky Mansion is a perfect balance of Gatsby-era grandeur and dedicated, personalized service. Whether you are enjoying cocktails on the romantic bluestone patio overlooking the lake, in the intimate Terrace Room with its stunning hand-carved marble fireplace, or in the grand-style ballroom with its vaulted ceilings and views of the East Lawn, this historic mansion provides an unrivaled setting for your special event. Winston Churchill once said, "I am easily satisfied by the very best." For nearly 100 years, the most important names in business, politics, and society have gathered to celebrate and mingle at this distinguished mansion, experiencing the very best. We welcome you to be part of the legacy and tradition of outstanding and elegant Gold Coast entertaining at the de Seversky Mansion.

There is a special relationship between NYIT and the NYIT de Seversky Mansion. A portion of the mansion's proceeds benefits NYIT and its students. Special rates are available for internal NYIT events and for NYIT faculty, staff, and alumni.

### Plan Your Wedding

Let the experts at the NYIT de Seversky Mansion make your wedding dreams come true. Contact us today for a private consultation.

Like 329



▶ Learn More

© 2012 New York Institute of Technology